**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 1, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00568-CV

---

**JARROW FORMULAS, INC., Appellant**

**V.**

**ARIF  RAHIM, Appellee**

---

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 20-DCV-272604**

---

## MEMORANDUM  OPINION

This is an appeal from a judgment signed August 4, 2020. On September 9, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.